## CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | **DISTRICT of ARIZONA** |
|---|---|
| **United States of America**<br>v.<br>**Bedi Thi Ngo**<br>DOB: 1975; United States | DOCKET NO.<br><br>MAGIS. **23-03161MJ** |

Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 USC § 3

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about August 9, 2023, in the District of Arizona, **Bedi Thi Ngo**, knowing or in reckless disregard that certain aliens, including Agustin Cruz-Ulloa, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**COUNT 2 (Misdemeanor)** On or about August 9, 2023, in the District of Arizona, **Bedi Thi Ngo**, knowing that certain illegal aliens, including Agustin Cruz-Ulloa, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist them so that they would not be apprehended by law enforcement by transporting them in a vehicle; in violation of **Title 8, United States Code, Section 1325(a)(1) and Title 18 United States Code, Section 3**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about August 9, 2023, in the District of Arizona (Tombstone), a United States Border Patrol Agent (BPA) responded to a Cochise County Sheriff's Office (CCSO) request for assistance of a possible alien smuggling load. The deputy stated that he had stopped a 2023 Dodge Durango for a failure to slow to an emergency vehicle. The driver was identified as **Bedi Thi Ngo**. Ngo told the deputy that she knew her three passengers were illegal aliens and that she had come to the area specifically to pick them up and to bring them further into the United States. The three passengers including Agustin Cruz-Ulloa were determined to be Mexican citizens illegally present in the United States. BPAs discovered $3,293 USD inside the vehicle.

Records checks revealed that Agustin Cruz-Ulloa did not have the proper immigration documentation to enter or remain in the U.S. legally.

Material witness Agustin Cruz-Ulloa stated that he is a citizen of Mexico and had arranged to be smuggled into the United States for money. Cruz crossed the International Boundary Fence and walked through the desert for approximately 12 hours guided by telephone. Cruz reached a dirt road and met up with two other people. He received a call and was instructed to wait for a gray SUV. The vehicle later arrived, and Cruz and the two others got inside. The driver told the group to sit towards the rear of the vehicle and Cruz covered himself with a blanket that he found inside. They drove for approximately 20 minutes before being arrested by Border Patrol. **Continued on the next page:**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Agustin Cruz-Ulloa

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>*/s/*<br>OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent |
|---|---|

Sworn by telephone **X**

| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*/s/* | DATE<br>August 10, 2023 |
|---|---|

1) See Federal rules of Criminal Procedure Rules 3 and 54
Reviewing AUSA: Enderle

**Continued from the previous page:**

In a post-*Miranda* statement, **Ngo** stated that she flew from Sacramento, California to Phoenix, Arizona and rented a car. She drove to Sierra Vista, Arizona and stayed at a motel waiting for a text that would give her the location to pick up the Undocumented Non-Citizens (UNCs). She later received a text with grids and traveled to the location on a dirt road in the desert. **Ngo** waited 20 seconds before three people got into her car. **Ngo** was then instructed to travel to Phoenix where she would later receive a drop off location. **Ngo** said she was to be paid $800 USD for each UNC she transported to Phoenix. She said this was her second attempt at smuggling and had been caught the first time.